**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-05-00161-CV
_____

**eMACHINES, INC., EM HOLDINGS, INC., EMPIRE ACQUISITION CORPORATION, AND TRIGEM COMPUTER, INC., Appellants**

**V.**

**DAVID PACKARD, PACKARD, PACKARD & LAPRAY, AND JOHN HOCK, Appellees**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-165,336**

### ORDER

On June 30, 2005, the Court abated this accelerated appeal on a suggestion of bankruptcy. *See* Tex. R. App. P. 8. On December 21, 2012, appellants eMachines, Inc., EM Holdings, Inc., and Empire Acquisition Corporation, filed a joint motion with appellees David Packard, Packard, Packard & LaPray, and John Hock (1) to reinstate the appeal with respect to eMachines, Inc., EM Holdings, Inc., and Empire Acquisition Corporation, (2) to abate the appeal pending remand, and (3) to remand the case to the

1

trial court for entry of orders effectuating the parties' agreement on the procedure necessary to resolve the class certification issues made the basis of this appeal. *See* Tex. R. App. P. 42.1(a)(2)(C).

The appeal of eMachines, Inc., EM Holdings, Inc., and Empire Acquisition Corporation is hereby reinstated. We remand the case to the trial court for the signing and entry of orders effectuating the parties' agreement regarding the class certification. The appeal is abated while the case is before the trial court. Pursuant to our order of June 30, 2005, the appeal of TriGem Computer, Inc. remains abated until reinstated by order of this Court upon motion to reinstate filed by any interested party.

ORDER ENTERED January 10, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Burgess,[1] JJ.

---

[1]The Honorable Don Burgess, sitting by assignment pursuant to Tex. Gov't Code Ann. § 74.003(b) (West 2005).